## CERTIFICATE OF SERVICE

     I hereby certify that on this date that a true and correct copy of the foregoing Plaintiffs Aaron Howard and Shelden Greenberg's Submission Regarding Defendants' Response to Motions for Consolidation was served on the following via the Court's ECF filing system.

| | |
|---|---|
| **WOLF POPPER LLP**<br><br>Marion P. Rosner<br>Andrew Lencyk<br>James Kelly-Kowlowitz<br>845 34rd Avenue<br>New York, NY 10022<br>Telephone:  (212) 759-4600<br><br>*Counsel for Plaintiff Estelle Weber* | **MEREDITH COHEN GREENFOGEL& SKIRNICK, P.C.**<br><br>Robert A. Skirnick<br>One Liberty Plaza, 35th Floor<br>New York, NY 10006<br>Telephone:  (212) 624-0020<br>Facsimile:  (212) 240-0021<br><br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br><br>Steve W. Berman<br>Andrew M. Volk<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>Email:  steve@hbsslaw.com<br>        andrew@hbsslaw.com<br><br>**MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.**<br><br>Steven J. Greenfogel<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA 19102<br>Telephone:  (215) 564-5182<br>Facsimile:  (215) 569-0958<br><br>*Counsel for Plaintiff Ira Gewirtz and for Plaintiff Anthony Pisano* |

| | |
|---|---|
| **RABIN & PECKEL LLP**<br><br>I. Stephen Rabin<br>Joseph V. McBride<br>275 Madison Avenue, Suite 420<br>New York, NY 10016<br>Telephone: (212) 880-3722<br>Facsimile: (212) 880-3716<br><br>*Counsel for Plaintiff Hans Menos*<br><br>**OF COUNSEL:**<br><br>**BRAGAR WEXLER & EAGEL, PC**<br>885 Third Avenue, Suite 3040<br>New York, NY 10022<br>Telephone: (212) 308-5858<br>Facsimile: (212) 486-0462 | **SHALOV STONE BONNER & ROCCO LLP**<br><br>Ralph M. Stone<br>James P. Bonner<br>Thomas G. Ciarlone, Jr.<br>485 Seventh Avenue, Suite 1000<br>New York, NY 10018<br>Telephone: (212) 239-4340<br>Facsimile: (212) 239-4310<br><br>**JOHNSON & PERKINSON**<br><br>Dennis J. Johnson<br>Jacob B. Perkinson<br>James F. Conway, III<br>Eben F. Duval<br>1690 Williston Road<br>P.O. Box 2305<br>South Burlington, VT 05043<br>Telephone: (802) 862-0030<br>Facsimile: (802) 862-0060<br><br>*Counsel for Plaintiff Scott Wetterson* |
| **PAUL, WEISS, RIFIKIND, WHARTON & GARRISON, LLP**<br><br>Lewis Richard Clayton<br>Brad Scott Karp<br>Douglas M. Pravda<br>1286 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3215<br>Facsimile: (212) 373-2070<br>lclayton@paulweiss.com<br><br>*Counsel for Defendant The Bear Stearns Companies, Inc.* | **STULL STULL & BRODY**<br><br>Edwin J. Mills<br>6 East 45th Street, 5th Floor<br>New York, NY 10017<br>Telephone: (212) 687-7230<br>Facsimile: (212) 490-2022<br>ssbny@aol.com<br><br>*Counsel for Plaintiff Drew V. Lounsbury* |

                                        /s/
                                    Milo Silberstein