UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT WETTERSTEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Case No. 08 cv 03351<br><br>**DECLARATION OF SERVICE** |

I, Christina Golden, state the following:

1. I am a resident of New York County, over the age of eighteen and an employee of Shalov Stone Bonner & Rocco LLP.

2. On April 18, 2008 at 11.29 am, I served via hand the Summons, Complaint, Civil Cover Sheet, Assigned Judge's Rules, Guidelines for Electronic Case Filing, Instructions for Electronic Case Filing and Procedures for Electronic Case Filing on The Bear Stearns Companies, James E. Cayne, Alan D. Schwartz, Warren J. Spector, Samuel L. Molinaro, Jr., and Alan C. Greenberg c/o Bear Stearns at 320 Park Avenue, New York, NY 10022 in the manner indicated below:

By personally leaving a true copy of this process with an individual of suitable age and discretion and informing the individual of the contents.

1

Served on:

NAME: David Petercsak  TITLE: Vice President of Bear Stearns

Description of person served:

Sex: Male Skin: White Hair: Brown Height: 5'8 Weight: 160lbs

I certify the foregoing statements made by me are true and correct.

Executed on *April 18, 2008*
              Date                                           Christina Golden