Ronald E. Richman, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
*Attorneys for Defendant Alan C. Greenberg*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT WETTERSTEIN, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-10,<br><br>         Defendants. | No.: 1:08-cv-03351 (RWS)<br><br>**NOTICE OF APPEARANCE** |

10655177.1

**PLEASE TAKE NOTICE** that the law firm of Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, hereby appears as counsel for defendant Alan C. Greenberg, in this action. Copies of all future pleadings, papers and communications should be served on the undersigned at the address listed below.

Dated: New York, New York
April 30, 2008

                                  SCHULTE ROTH & ZABEL LLP

                                  By: _____
                                     Ronald E. Richman

                                  ronald.richman@srz.com
                                  919 Third Avenue
                                  New York, New York 10022
                                  Telephone: (212) 756-2000
                                  Fax: (212) 593-5955
                                  *Attorneys for Defendant Alan C. Greenberg*