UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SCOTT WETTERSTEN,
Individually and On Behalf of All Others          :       **ELECTRONICALLY FILED**
Similarly Situated

                                           :       08 CV 3351 (RWS)

                      Plaintiff,

                                         :

        - against -                    NOTICE OF APPEARANCE

                                       :

THE BEAR STEARNS COMPANIES, INC.,
et al.,                               :

                    Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Please take notice that the undersigned, of the law firm of Skadden, Arps,

Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for

Alan D. Schwartz.

Dated:    New York, New York
           May 12, 2008

                                         ____/s/ Jay B. Kasner_____
                                         Jay B. Kasner
                                         SKADDEN, ARPS, SLATE,
                                           MEAGHER & FLOM LLP
                                         (Jay.Kasner@skadden.com)
                                         Four Times Square
                                         New York, New York 10036
                                         (212) 735-3000

                                         Attorneys for Defendant
                                         Alan D. Schwartz