UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SCOTT WETTERSTEN,
Individually and On Behalf of All Others                :         **ELECTRONICALLY FILED**
Similarly Situated
                                                        :         08 CV 3351 (RWS)
                    Plaintiff,
                                                        :
         - against -                                              **NOTICE OF APPEARANCE**
                                                        :
THE BEAR STEARNS COMPANIES, INC.,
et al.,                                                 :

                    Defendants.                         :

------------------------------------x


      Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
         May 12, 2008

                                                /s/ Susan L. Saltzstein
                                          Susan L. Saltzstein
                                          SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                          (Susan.Saltzstein@skadden.com)
                                          Four Times Square
                                          New York, New York 10036
                                          (212) 735-3000

                                          Attorneys for Defendant
                                            Alan D. Schwartz