SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
JUL 28 2008
S. D. OF N.Y.

SCOTT WETTERSTEN    Plaintiff,

- against -

THE BEAR STEARNS
COMPANIES, INC. ET
AL

Defendant.

<u>  8  </u> cv <u> 03351 </u> (rws)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   JACOB B PERKINSON   a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | JAMES F. CONWAY III |
| Firm Name: | JOHNSON & PERKINSON |
| Address: | 1690 Williston Rd. |
| City/State/Zip: | South Burlington, Vermont 05403 |
| Phone Number: | (802) 862-0030 |
| Fax Number: | (802) 862-0060 |

JAMES F. CONWAY III                    is a member in good standing of the Bar of the States of

Vermont and Commonwealth of Massachusetts

There are no pending disciplinary proceeding against   JAMES F. CONWAY III
in any State or Federal court.

Dated:    7/25/2008
City, State:  South Burlington, Vermont

Respectfully submitted,

Sponsor's
SDNY Bar   JP 0265
Firm Name:  JOHNSON + PERKINSON
Address:   1690 WILLISTON RD.
City/State/Zip: SOUTH BURLINGTON, VT 05403
Phone Number: (802) 862 - 0030
Fax Number:  (802) 862 - 0060

SDNY Form Web 10/2006

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT WETTERSTEN

Plaintiff,

-against -

THE BEAR STEARNS COMPANIES,
INC. ET AL.

Defendants.

---

08 cv 03351(**RWS** )

AFFIDAVIT OF
**JACOB B. PERKINSON**
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Jacob B. Perkinson, being duly sworn, hereby deposes and says as follows:

1. I am a partner at **Johnson & Perkinson,** counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit **JAMES F. CONWAY, III** as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the States of Vermont and Maine, and was admitted to practice law in October 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known James F. Conway, III since 2002.

4. Mr. Conway is an associate at Johnson & Perkinson in South Burlington, Vermont.

5. I have found Mr. Conway to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of James F. Conway, III pro hac vice.

7. I respectfully submit a proposed order granting the admission of James F. Conway, III pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit James F. Conway, III pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: _07/25/08_

City, State: _Burlington, VT 05401_

Notarized by: _Rachel Y. Johnson_

My commission expires: _02/10/11_

Respectfully submitted,

Jacob B. Perkinson
SDNY Bar Code: JP 0265

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirteenth** day of **December** A.D. **2002**, said Court being the highest Court of Record in said Commonwealth:

## James Francis Conway, III

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fifteenth** day of July in the year of our Lord **two thousand and eight**.

**MAURA S. DOYLE,** Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **James F. Conway, III**, **#3980** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 16th day of June, 2003.

This is to **FURTHER CERTIFY** that the said **James F. Conway, III, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 26th day of June, 2008.

Edward McSweeney
Deputy Clerk



## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

SCOTT WETTERSTEN, individually and on
behalf of all others similarly situated,

                    Plaintiff,

     v.

THE BEAR STEARNS COMPANIES, INC.,
ET AL.

                    Defendants.

Case No.  08-cv-3351 (RWS)

## CERTIFICATE OF SERVICE

I, Eben F. Duval, hereby certify that on July 25, 2008, I caused to be served, on all

counsel of record listed below, true and correct copies of Plaintiff Scott Wettersten's Motion to

Admit Counsel Pro Hac Vice via first-class mail, postage pre-paid:

**James Patrick Bonner**
Shalov Stone & Bonner & Rucco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

**David Stanley Frankel**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

**Lewis Richard Clayton**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
(NY)
1285 Avenue of the Americas
New York, NY 10019

**Jill Leslie Goldberg**
Schulte Roth & Zabel LLP (NY)
919 Third Avenue
New York, NY 10022

**Jay B. Kasner**
Skadden, Arps, Slate, Meagher & Flom LLP
(NYC)
Four Times Square
New York, NY 10036

**Ronald E. Richman**
Schulte Roth & Zabel LLP (NY)
919 Third Avenue
New York, NY 10022

**Milo Silberstein**
Dealy & Silberstein, LLP
225 Broadway, Suite 1405
New York, NY 10007

Dated:  July 25, 2008

Eben F. Duval
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT WETTERSTEN                    Plaintiff,

                                                        8    cv  03351      (rws )

            - against -
THE BEAR STEARNS                    Defendant.          **ORDER FOR ADMISSION**
COMPANIES, INC. ET AL.                                  **PRO HAC VICE**
                                                        **ON WRITTEN MOTION**

Upon the motion of  Jacob B. Perkinson      attorney for  Scott Wettersten

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

            Applicant's Name:    James F. Conway, III

            Firm Name:           Johnson & Perkinson

            Address:             1690 Williston Rd.

            City/State/Zip:      South Burlington, VT 05403

            Telephone/Fax:       (802) 862-0030

            Email Address:       (802) 862-0060

is admitted to practice pro hac vice as counsel for   Scott Wettersten                in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge