SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT WETTERSTEN   Plaintiff,

- against -

THE BEAR STEARNS   Defendant.
COMPANIES, INC. ET
AL

8 cv 03351 (rws)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, JACOB B PERKINSON a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: EBEN F. DUVAL
Firm Name: JOHNSON & PERKINSON
Address: 1690 Williston Rd.
City/State/Zip: South Burlington, Vermont 05403
Phone Number: (802) 862-0030
Fax Number: (802) 862-0060

EBEN F. DUVAL is a member in good standing of the Bar of the States of Vermont

There are no pending disciplinary proceeding against EBEN F. DUVAL in any State or Federal court.

Dated: 7/25/2008
City, State: South Burlington, Vermont

Respectfully submitted,

Sponsor's
SDNY Bar JP0265
Firm Name: JOHNSON + PERKINSON
Address: 1690 WILLISTON RD.
City/State/Zip: SOUTH BURLINGTON, VT 05403
Phone Number: (802) 862-0030
Fax Number: (802) 862-0060

SDNY Form Web 10/2006

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT WETTERSTEN

      Plaintiff,

-against -

THE BEAR STEARNS COMPANIES,
INC. ET AL.

      Defendants.

---

08 cv 03351(RWS )

AFFIDAVIT OF
JACOB B. PERKINSON
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Jacob B. Perkinson, being duly sworn, hereby deposes and says as follows:

1. I am a partner at **Johnson & Perkinson,** counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit **EBEN F. DUVAL** as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the States of Vermont and Maine, and was admitted to practice law in October 1995. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Eben F. Duval since 2006.

4. Mr. Duval is an associate at Johnson & Perkinson in South Burlington, Vermont.

5. I have found Mr. Duval to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Eben F. Duval pro hac vice.

7. I respectfully submit a proposed order granting the admission of Eben F. Duval pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Eben F. Duval pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: 07/25/08

City, State: Burlington, VT 05401

Notarized by: _____

My commission expires: 02/10/11

Respectfully submitted,

Jacob B. Perkinson
SDNY Bar Code: JP 0265



# VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Eben F. Duval**, #4236 was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 8th day of November, 2005.

This is to **FURTHER CERTIFY** that the said **Eben F. Duval, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 26th day of June, 2008.

Edward McSweeney
Deputy Clerk



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTT WETTERSTEN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

THE BEAR STEARNS COMPANIES, INC., ET AL.

    Defendants.

Case No. 08-cv-3351 (RWS)

---

## CERTIFICATE OF SERVICE

I, Eben F. Duval, hereby certify that on July 25, 2008, I caused to be served, on all counsel of record listed below, true and correct copies of Plaintiff Scott Wettersten's Motion to Admit Counsel Pro Hac Vice via first-class mail, postage pre-paid:

**James Patrick Bonner**
Shalov Stone & Bonner & Rucco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

**Lewis Richard Clayton**
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019

**Jay B. Kasner**
Skadden, Arps, Slate, Meagher & Flom LLP (NYC)
Four Times Square
New York, NY 10036

**Milo Silberstein**
Dealy & Silberstein, LLP
225 Broadway, Suite 1405
New York, NY 10007

**David Stanley Frankel**
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

**Jill Leslie Goldberg**
Schulte Roth & Zabel LLP (NY)
919 Third Avenue
New York, NY 10022

**Ronald E. Richman**
Schulte Roth & Zabel LLP (NY)
919 Third Avenue
New York, NY 10022

Dated: July 25, 2008

*[signature]*

Eben F. Duval
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT WETTERSTEN          Plaintiff,

8  cv  03351   ( rws )

- against -

THE BEAR STEARNS          Defendant.
COMPANIES, INC. ET AL.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Jacob B. Perkinson    attorney for   Scott Wettersten

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Eben F. Duval |
| Firm Name: | Johnson & Perkinson |
| Address: | 1690 Williston Rd. |
| City/State/Zip: | South Burlington, VT 05403 |
| Telephone/Fax: | (802) 862-0030 |
| Email Address: | (802) 862-0060 |

is admitted to practice pro hac vice as counsel for   Scott Wettersten   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006