SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT WETTERSTEN       Plaintiff,

8   cv  03351   (rws)

- against -

THE BEAR STEARNS       Defendant.
COMPANIES, INC. ET AL.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Jacob B. Perkinson   attorney for   Scott Wettersten

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Dennis J. Johnson |
| Firm Name: | Johnson & Perkinson |
| Address: | 1690 Williston Rd. |
| City/State/Zip: | South Burlington, VT 05403 |
| Telephone/Fax: | (802) 862-0030 |
| Email Address: | (802) 862-0060 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08

is admitted to practice pro hac vice as counsel for   Scott Wettersten   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 4, 2008
City, State: NY, NY

_____
United States District/Magistrate Judge

P. H. I.

FOR OFFICE USE ONLY: FEE PAID $_____  SDNY RECEIPT#
SDNY Form Web 10/2006