Y (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT WETTERSTEN Plaintiff,

8 cv 03351 (rws)

- against -

THE BEAR STEARNS COMPANIES, INC. ET AL. Defendant.

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Jacob B. Perkinson attorney for Scott Wettersten

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Eben F. Duval
Firm Name: Johnson & Perkinson
Address: 1690 Williston Rd.
City/State/Zip: South Burlington, VT 05403
Telephone/Fax: (802) 862-0030
Email Address: (802) 862-0060

USDC SDNY
DOCUMENT
8/11/08

is admitted to practice pro hac vice as counsel for Scott Wettersten in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 8/6/08
City, State:

United States District/Magistrate Judge

FOR OFFICE USE ONLY FEE PAID $ SDNY RECEIPT#